# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

### JUDGMENT IN A CIVIL CASE

BARRY E. MILLER,

v.

DAVID, WOOLFORK, ET AL.,                    CASE NUMBER:    1:05-1013-T/An

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/30/2005, this case is hereby DISMISSED and CERTIFYING that any Appeal by plaintiff is not taken in good faith and if plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and 1915(b).

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

 

THOMAS M. GOULD
CLERK

12/5/05                                BY:   C. Herd
DATE                                         DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/8/05.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01013 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Barry E. Miller
296882
515 S. Liberty St., Ste. 100
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT